UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTEVE PALACIOS | **CONSENT ORDER<br>TEMPORARILY LIFTING<br>BAIL LIEN**<br><br>Case Number 09-3595 |

WHEREAS defendant Esteve Palacios has honored the conditions of his bail since they were imposed and it is now agreed by Assistant United States Attorney Andrew Carey of the United States Attorney's Office for the District of New Jersey, Daniel Milne of Pre Trial Services, and Daniel McGillycuddy, Esq., counsel for defendant that, provided all other bail conditions remain in effect, the present bail lien on premises located at 107-59 92nd Street, Ozone Park, New York, the personal residence of defendant's sister Joanna Palacios. Esq., one of two family members to post their personal residences as bail, should be temporarily lifted for the time necessary for Ms. Palacios to refinance the mortgage on her family residence, said finance presently being blocked by the bail lien, it is hereby

ORDERED that the lien placed upon the residence of Joanna Palacios, located at 107-59 92nd Street, Ozone Park, New York, be temporarily lifted for such time as is necessary for Ms. Palacios and her family to refinance their mortgage on that premises, and it is further

ORDERED that all other bail conditions shall remain in effect and said lien shall be reinstated at such time that it does not postpone or interfere with the contemplated mortgage refinancing.

Dated: Newark, New Jersey
September __, 2011

Approved: _____
United States Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTAVE PALACIOS | **AFFIRMATION**<br><br>Case Number 09-3595 |

DANIEL McGILLYCUDDY, attorney of record for defendant Esteve Palacios in the captioned matter, hereby states:

1. Since the time Your Honor issued the July 31, 2009 Order Setting Conditions of Release (the "July 31 Bail Order") in the above-captioned matter, upon information and belief, defendant has at all times honored the conditions of his bail. At or about the time bail was set a lien was placed upon premises located at 107-59 92nd Street, Ozone Park, New York, the personal residence of Mr. Palacios' sister, Ms. Joanna Palacios. A lien was also placed upon the personal residence of defendant's father.

2. I have been informed by Ms. Palacios, an attorney duly admitted to practice law in New York State, that she is presently being denied the opportunity to refinance her family's mortgage on the aforesaid property due to the bail lien, and that refinance is possible if the lien is only temporarily lifted. I am further informed by Ms. Palacios that the aforesaid refinance will generate considerable savings for her family.

2. I have also been informed by Assistant United States Attorney Andrew Carey, on behalf of the U.S. Attorney's Office for the District of New Jersey, and also Daniel Milne of Pre Trial Services, that they consent to temporarily lifting the lien on Ms. Palacios's residence for the

A/73113265.1

time necessary for Ms. Palacios to refinance her mortgage on that property both because of how defendant has complied with the bail conditions and due to the other bail conditions in place.

3. Accordingly, I respectfully request that this Court is a Consent Order in the form annexed.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York.
September 20, 2011

Daniel M. McGillycuddy
Attorney for Defendant Palacios

Temporary Lifting of Bail Lien On The
Residence of Ms. Joanna Palacios Consented To

Andrew Carey, AUSA
United States Attorney, District of New Jersey

A/73113265.1